IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA VRABEC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEISINGER CLINIC, and<br>GEISINGER MEDICAL CENTER,<br><br>　　　　Defendants. | No. 4:21-CV-00804<br><br>(Chief Judge Brann) |

## ORDER

### APRIL 4, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Geisinger Clinic's and Geisinger Medical Center's Motion for Summary Judgment (Doc. 34) is **GRANTED IN PART and DENIED IN PART**.

2. As to Geisinger Medical Center, the Motion is **GRANTED** in its entirety. The Clerk of Court is directed to terminate Geisinger Medical Center from the case and enter a judgment in favor of Geisinger Medical Center upon the closing of this case.

3. As to Geisinger Clinic:

   a. The Motion is **GRANTED** as to Plaintiff Tamara Vrabec's Count I, III, IV, and V claims of discriminatory compensation under the 2016 Compensation Policy;

   b. The Motion is **DENIED** as to Vrabec's Count I, III, IV, and V claims of discriminatory compensation prior to 2016 and the continuing impact of such disparate compensation;

   c. The Motion is **DENIED** as to Vrabec's Count II and IV retaliation claims.

4. A telephonic status conference with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge
