# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA VRABEC, | No. 4:21-CV-00804 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GEISINGER CLINIC, | |
| Defendant. | |

## ORDER

**MAY 7, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Geisinger Clinic's Motion for Reconsideration is **GRANTED**.

2. A telephonic status conference with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge